UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN J. KRIER,<br><br>             Petitioner,<br><br>   v.<br><br>DAN PACHOLKE,<br><br>             Respondent. | Case No.  C08-5174RJB-KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. #1-#3) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 8th day of April, 2008.

                                                Karen L. Strombom
                                                United States Magistrate Judge