# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

STEVEN J. KRIER,

    Petitioner,

v.

DAN PACHOLKE,

    Respondent.

Case No. C08-5174RJB-KLS

ORDER DENYING CERTIFICATE OF APPEALABILITY

This matter comes before the Court on the Petitioner's Notice of Appeal. Dkt. 13. The Court must consider whether to grant or deny the petitioner a Certificate of Appealability. *See* 28 U.S.C. § 2253(c)(3). The Court has reviewed the record herein and is fully advised.

## I. PROCEDURAL HISTORY AND BACKGROUND

On May 27, 2008, U.S. Magistrate Judge Karen L. Strombom issued a Report and Recommendation, concluding that petitioner's habeas claims were unexhausted and that the petition should be dismissed without prejudice. Dkt. 9. On June 24, 2008, the Court adopted the Report and Recommendation and dismissed the petition without prejudice. Dkt. 11. Petitioner has now appealed to the U.S. Court of Appeals for the Ninth Circuit. Dkt. 13.

## II. DISCUSSION

### A. STANDARD FOR GRANTING A CERTIFICATE OF APPEALABILITY

The district court should grant an application for a Certificate of Appealability only if the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(3). To obtain a

Certificate of Appealability under 28 U.S.C. § 2253(c), a habeas petitioner must make a showing that reasonable jurists could debate whether, or agree that, the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *Slack v. McDaniel*, 120 S.Ct. 1595, 1603-04 (2000) (*citing Barefoot v. Estelle,* 463 U.S. 880, 893 n.4 (1983)). When the court denies a claim on procedural grounds, the petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. *Slack* at 1604.

### B. CERTIFICATE OF APPEALABILITY

This Court dismissed the petition as unexhausted, and so the matter was dismissed on procedural grounds. Dkt. 11. There is nothing in the record that would support a conclusion that a jurist of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurist of reason would find it debatable whether this court was correct in its procedural ruling. *Slack* at 1604. The Certificate of Appealability should be denied.

### III. ORDER

Accordingly, it is hereby **ORDERED** that Petitioner's Certificate of Appealability (Dkt. 13) is **DENIED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 8th of August, 2008.

ROBERT J. BRYAN
United States District Judge